The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RONALD KETTELLS, <br><br> Defendant. | NO. CR11-383 RSL <br><br> ORDER GRANTING UNITED STATES' MOTION CONCERNING BRIEFING SCHEDULE |

The Court, having reviewed the Motion of the United States to extend the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before September 10, 2020, unless counsel has been appointed prior to that date and the parties reach a different agreement regarding briefing.

DATED this 28th day of August, 2020.

_____
ROBERT S. LASNIK
United States District Court Judge

Presented by:

/s/ Helen J. Brunner
HELEN J. BRUNNER
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE /
*United States v. Kettells,* CR11-383 RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970