The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RONALD KETTELLS, <br><br> Defendant. | NO. 11-CR-383-RSL <br><br> **ORDER GRANTING TEMPORARY STAY** |

The Court, having reviewed the Stipulated Motion of the Parties requesting a temporary stay of briefing hereby states that IT IS HEREBY ORDERED the motion be granted. It is further ORDERED that after review of the files and consulting with the defendant, Counsel for Ronald Kettells will promptly notify the Court and the counsel for the United States whether an amended motion will be filed in this case. If no such motion is to be filed, the United States will have seven days from the date of that notice in which to file its response to the *pro se* motion. If an amended motion is to be filed, the parties are to provide a proposed briefing schedule to the court.

DATED this __2nd__ day of September, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER GRANTING TEMPORARY STAY/
*United States v. Kettells,* 11-CR-383-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970