The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff <br><br> v. <br><br> RONALD KETTELLS, <br><br> Defendant. | NO. 11-CR-383-RSL <br><br> **ORDER GRANTING STIPUATED BRIEFING SCHEDULE** |

This Court, having reviewed the Stipulated Motion of the Parties proposing a briefing schedule for the defendant's motion for reduction in sentence, hereby states that IT IS ORDERED the motion be granted and that the briefing schedule should be as follows:

    a.    Counsel for the defendant shall file any amended or supplement motion on or before October 23, 2020;

    b.    The government's response to the motion shall be filed on or before November 6, 2020; and

    c.    Any reply shall be filed on or before November 13, 2020, and the matter noted for that date.

DATED this __28th__ day of September, 2020.

                                                      ROBERT S. LASNIK
                                                    United States District Court Judge

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

ORDER SETTING BRIEFING SCHEDULE/
*United States v. Kettells,* 11-CR-383-RSL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970