The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | No. CR11-383-RSL |
|---|---|
| v. | **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR REDUCTION IN SENTENCE** |
| RONALD KETTELLS, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Extension of Time to File Response to Motion for Reduction in Sentence. Upon review of the Motion, the Court finds the United States has shown good cause and GRANTS the motion. The United States may file its response to the motion by May 30, 2025, and the matter shall be re-noted to June 9, 2025.

DATED this 11th day of April, 2025.

_____
ROBERT S. LASNIK
United States District Judge

[Proposed] Order Granting Extension of Time — 1
*United States v. Kettells*, CR11-383-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970