The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>RONALD KETTELLS,<br><br>                Defendant. | No. CR11-383-RSL<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR REDUCTION IN SENTENCE** |

      Before the Court is the United States' Unopposed Motion for Extension of Time to File Response to Motion for Reduction in Sentence. Upon review of the Motion, the Court finds the United States has shown good cause and GRANTS the motion. The United States may file its response to the motion by June 6, 2025, and the matter shall be re-noted to June 16, 2025.

      DATED this 28th day of May, 2025.

                                                       /s/ Robert S. Lasnik<br>
                                              ROBERT S. LASNIK<br>
                                              United States District Judge

Presented by:

*s/ Lyndsie R. Schmalz*
Lyndsie R. Schmalz
Assistant United States Attorney